1  **ALLAN D. SARVER** SBN 106282
   Attorney at Law
2  16633 Ventura Boulevard
   Suite 800
3  Encino, California 91436

4  Telephone No.: (818) 981-0581
   Facsimile No.: (818) 981-0026

5
   Attorney for Creditor
6  Walter Prince

7
                    **UNITED STATES BANKRUPTCY COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9
                    **SAN FERNANDO VALLEY DIVISION**
10

11 In Re:                        )
                                 )   CHAPTER 7
12 WILLIAM S. PATRICK            )
                                 )   CASE NO. 1:07-bk-10312GM
13                               )
                                 )   NOTICE OF MOTION AND MOTION
14              Debtor           )   OBJECTING TO DEBTOR'S CLAIM OF
                                 )   EXEMPTION; MEMORANDUM OF POINTS
15                               )   AND AUTHORITIES; DECLARATION IN
                                 )   SUPPORT
16 _____  )
                                     DATE: August 1, 2007
17                                   TIME: 1:30 p.m.
                                     CTRM: 303
18

19
   **TO:** DEBTOR AND TO ALL OTHER INTERESTED PARTIES:
20
        **NOTICE IS HEREBY GIVEN,** that on August 1, 2007 at 1:30 p.m.
21
   in Courtroom "303" of the above entitled court, there will come
22
   on for hearing the Motion by Walter N. Prince for Objection to
23
   Debtor's claim of exemption in his IRA.
24
        If you wish to oppose this Motion, you must file a written
25
   response with the Bankruptcy Court and serve a copy of it upon
26

27 Notice of Motion and Motion Objecting
   to Debtor's Claim of Exemption
28                                         1

1   the Movant's attorney not less than fourteen days prior to the

2   date set for hearing on said motion in accordance with LBR

3   9013-1(e).  If you fail to file a written response to this

4   Motion, the Court may treat such failure as a waiver of your

5   right to oppose the Motion and grant the requested relief.

6   **THE MOTION:**

7       **COMES NOW WALTER N. PRINCE** ("Prince") in opposition to

8   Debtor's claim of exemption and alleges as follows:

9   **I.   STATEMENT OF FACTS:**

10      1. Debtor filed for relief under chapter 7 on October

11  January 31, 2007.

12      2.  Prince is a judgment creditor of the debtor in the sum

13  of $2,382,312.62.

14      3.  Prince has applied for and received an order authorizing

15  a 2004 examination of the debtor.  Further, this court has

16  entertained motions for protective orders relative to documents

17  requested in furtherance of Prince's investigation of the

18  debtor's assets and liabilities.  The examination has not yet bee

19  conducted, nor have any documents been produced.

20      4.  The Debtor's 341A hearing was concluded less than 30

21  days prior to the filing of this Motion.

22      5.  Debtor has claimed an exemption of $175,000.00 in an

23  IRA.  Prince contends on information and belief at this time

24  that:

25          a. The IRA was not properly funded in accordance with

26  proper IRS/ERISA statutory guidelines;

27

28
    Notice of Motion and Motion Objecting
    to Debtor's Claim of Exemption
                                    2

1    b. The IRA is not reasonably necessary for the support
2 of the debtor and debtor's spouse;

3    c. The IRA has been and continues to be misused by
4 Debtor.

5 **II. MEMORANDUM OF POINTS AND AUTHORITIES.**

6 **A. LAW DOES NOT FAVOR EXEMPTING AN IRA IF SAME HAS BEEN AND**
7 **CONTINUES TO BE MISUSED BY DEBTOR.**

8 An IRA can be nullified if it is actually being misused.  In re
9 McKown (Brtcy. E.D. Cal. 1996) 203 B.R. 722.  Further same are
10 exempt only the to extent reasonably necessary for support.
11 (703.140(b)(10(e).

12   As of the filing of this Motion, Prince has yet to conduct a
13 2004 examination and determine a myriad of issues, including
14 debtor's right to an IRA exemption.

15   Following conclusion of the examination and document review,
16 it is respectfully requested that Prince be authorized to
17 supplement this Motion with additional evidence so discovered.

18 **B. THE CONTRIBUTIONS BY DEBTOR TO HIS IRA ARE IN EXCESS OF THOSE**
19 **ALLOWED BY APPLICABLE LAW.**

20   Through and including 1981, the maximum allowable
21 contribution to an IRA was $1500.00.  Thereafter, the amount was
22 increased to $2000.00 through and including 2001.  The Internal
23 Revenue Code, judicial notice of which is hereby requested
24 mandates the maximum allowable contribution for each tax year.
25 Employee Retirement Income Security Act of 1974, Public Law 93-
26 406, 93rd Cong. 2nd Sess. (19874) (ERISA)  See also Economic

27
Notice of Motion and Motion Objecting
28 to Debtor's Claim of Exemption
        3

1 Recovery Tax Act of 1981; Tax Reform Act of 1986 and Taxpayer

2 Relief Act of 1997.

3    The documentation submitted with Mr. Prince declaration

4 demonstrates total income for the years 1976 through 1997. From

5 earned income received by debtor, which totaled $370,086.00

6 during the period of 1976 through 1997, the maximum IRA

7 contribution could not have exceeded $38,380.00.

8    Discovery is still underway and this motion will be

9 supplemented as additional information and documentation is

10 discovered. However, Creditor is informed and believes that

11 debtor did not have adequate W-2 or related income from the

12 business or otherwise which he operated with Prince from which he

13 could use as a funding source for his IRA to the extent of his

14 claimed exemption.

15    **WHEREFORE,** Prince objects to the allowance of the exemption

16 claimed by debtor in said IRA and moves that the claim be denied,

17 either in whole or in part, following a hearing and an review of

18 evidence demonstrating that said IRA was properly funded.

19

20 Dated: June 14, 2007

ALLAN D. SARVER
21                                         Attorney for Walter Prince
                                           Creditor
22

23

24

25

26

27
   Notice of Motion and Motion Objecting
28 to Debtor's Claim of Exemption                     4

1    **DECLARATION OF ALLAN D. SARVER**

2    I ALLAN D. SARVER declare that:

3    1.    If called upon as a witness I would testify competently
4    and under oath that the within declaration is true and correct of
5    my own personal knowledge.

6    2.    I am the attorney for the creditor, Walter Prince who,
7    as evidenced by a judgment obtained in the Los Angeles Superior
8    in the case of Prince v Patrick which <u>was sent to binding</u>
9    <u>arbitration October 9, 2002 with a final judgment not being</u>
10   <u>entered until September 26, 2006</u> is owed $2,382,312.62.

11   3.    Prince and Patrick were equal partners in two primary
12   businesses; Executive-Suite Services, Inc. which was formed to
13   obtain commercial janitorial contracts, and Red Carpet Building
14   Maintenance Corp., which was formed in 1975  to obtain
15   government janitorial contracts.

16   4. Creditor obtained an order for 2004 examination, which
17   has yet to be held. The examination was delayed for a number of
18   reasons including the filing by debtor and his wife of two
19   separate motions for protective orders to limit the nature and
20   extent of documents which were requested as part of the
21   examination process.

22   5.    Thereafter, this court issued an order on a Motion for
23   Protective Order as it relates to information to be supplied by
24   Debtor at the upcoming 2004 examination.    Pursuant to a recent
25   stipulation entered into between debtor and Prince, a true and
26   correct copy of which is Exhibit "A" hereto the examination and

27   Notice of Motion and Motion Objecting
     to Debtor's Claim of Exemption
28                                          5

1  document production have yet to occur, but is set to take place

2  in approximately thirty days.

3      6. Creditor is informed and believes that debtor did not

4  have adequate W-2 or related income from the business or

5  otherwise which he operated with Prince from which he could use

6  as a funding source for his IRA to the extent of his claimed

7  exemption.

8      7. As part of the 2004 examination, a number of financial

9  inquiries will be addressed, including the debtor's interest in

10 his IRA.   Presently however, no documents have yet to be

11 produced by Debtor, and this motion will be supplemented

12 following the examination's conclusion, document review and/or

13 discovery obtained in this contested matter.

14     8.   I declare under penalty of perjury that the within

15 declaration is true and correct and that this declaration was

16 executed on the 18th day of June, 2007 in Encino, California.

17

18                           _____
                             ALLAN D. SARVER
19                           Declarant

20

21

22

23

24

25

26

27
   Notice of Motion and Motion Objecting
28 to Debtor's Claim of Exemption

                                   6

1

## DECLARATION OF WALTER N. PRINCE

2

I,   WALTER N. PRINCE, declare that:

3

1.   If called upon as a witness I would testify competently

4

and under oath that the within declaration is true and correct of

5

my own personal knowledge.

6

2.   I am a creditor of the debtor  as evidenced by a

7

judgment obtained against him in the Los Angeles Superior

8

Court in the case of Prince v Patrick.   The binding

9

arbitration in our  dispute began October 9, 2002 with a final

10

judgment being entered on September 26, 2006 in the sum of

11

$2,317,114.76.   Debtor's Chapter 7 Petition (Schedule D) shows

12

that the accrued interest had increased the judgment amount to

13

$2,382,312.62 by January 31, 2007.

14

3.   It is undisputed that the business relationship between

15

the Debtor and me soured in 1998 and resulted in the

16

litigation referenced above.  Prince and Patrick were equal

17

partners in two primary businesses;  Executive-Suite Services,

18

Inc. which was formed in 1968 to obtain commercial janitorial

19

contracts, and Red Carpet Building Maintenance Corp., which was

20

formed in 1975  to obtain government janitorial contracts.

21

4.   I am the custodian of records for the partnership and

22

two corporations.  The attached Exhibit "B"  is a true and

23

complete list compiled from the business and tax records of the

24

businesses which comprised our partnership and which records were

25

maintained by the companies in the ordinary and normal course of

26

27

Notice of Motion and Motion Objecting
to Debtor's Claim of Exemption                7

28

1  their operations.    Said records reflect all salaries paid to
2  debtor from the entities referenced above, during the years 1975
3  through 2007, as reported to the Internal Revenue Service on W-2
4  Forms, along with a matching column of the maximum amount of
5  allowable earned income contributions to individual IRA accounts
6  during the years Mr. Patrick drew a salary.

7       5. I have prepared Exhibit "B" from the subject business
8  records of debtor's income from our businesses from 1975 through
9  2007.    I further looked to numerous websites available on the
10 internet to determine the maximum allowable IRA deduction for
11 each particular year.    The W-2's provided to the debtor from our
12 companies are collectively attached as Exhibit "C" hereto.

13      I declare under penalty of perjury that the foregoing is
14 true and correct.    Executed at Encino, California on 18th day
15 of June, 2007.

16

17                                          WALTER N. PRINCE
                                            Declarant
18

19

20

21

22

23

24

25

26

27  Notice of Motion and Motion Objecting
    to Debtor's Claim of Exemption              8
28

1 **ALLAN D. SARVER** SBN 106282
Attorney at Law
2 16633 Ventura Boulevard
Suite 800
3 Encino, California 91436

4 Telephone No.: (818) 981-0581
Facsimile No.: (818) 981-0026
5
Attorney for Creditor
6 Walter Prince

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

                    **SAN FERNANDO VALLEY DIVISION**
10

11 In Re:                        )
                                )   CHAPTER 7
12 WILLIAM S. PATRICK            )
                                )   CASE NO. 1:07-bk-10312GM
13                               )
                                )   STIPULATION RE:
14                               )   1. CONTINUING 2004 EXAMINATION
                                )      OF DEBTOR;
15                               )   2. EXTENDING TIME TO FILE
                                )      COMPLAINT OBJECTING TO
16 _____)      DISCHARGE OR DISCHARGEABILITY
                                    OF DEBTS AND ORDER THEREON
17

18
        **IT IS HEREBY STIPULATED** by and between Walter Prince,
19
creditor ("Prince") and William S. Patrick, Debtor ("Debtor") by
20
and through their respective counsel, as follows:
21
**RECITALS:**
22
        1. Debtor filed for relief under chapter 7 on October
23
January 31, 2007.
24
        2.   The statutory deadline for filing complaints objecting
25
to discharge and/or dischargeability of debts has previously been
26

27  Stipulation Re. 1. Continuing 2004
    Examination of Debtor; 2. Extending       1
28  Time to File Complaint

**EXHIBIT** _A_

1  continued to June 30, 2007 by stipulation between the parties.

2      3.  On June 6, 2007, the court entertained two motions for
3  protective orders addressed to documents to be produced by Debtor
4  at his 2004 examination.  Orders have yet to be entered thereon.
5  Examination of Judgment Debtor and production of documents is
6  currently set for June 13, 2007 and documents have not yet been
7  produced.

8      4. The parties, through their counsel have met and conferred
9  with respect to continuing the 2004 examination and document
10 production and extending the date for filing complaints under 11
11 U.S.C. 523 and 727 and have agreed to a continuance date
12 approximately thirty days from the date of execution of this
13 Stipulation or earlier, with production of documents to precede
14 said date by not less than seven days.

15 **NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:**

16     1.  The foregoing recitals are incorporated herein by their
17 reference.

18     2. The 2004 Examination of the Debtor and Demand for
19 Production of Documents, pursuant to prior court order is
20 continued to a date approximately thirty days hence, subject to
21 agreement between the parties, but not later than July 17, 2007
22 at 9:30 a.m. and will take place before a certified court
23 reporter at the Law Offices of Allan D. Sarver, located at 16633
24 Ventura Boulevard, Suite 800, Encino, California without further
25 court order.

26     3.  All documents ordered produced pursuant to the Order Re.

27

28 Stipulation Re. 1. Continuing 2004
   Examination of Debtor; 2. Extending
   Time to File Complaint

2

**EXHIBIT** _A_

1  2004 Examination previously served upon Debtor, as modified by

2  this Court's ruling on June 6, 2007, will be produced not less

3  than seven (7) days prior to the continued 2004 examination.

4      4.  The deadline as mandated by BR 4004 & 4007 for filing

5  complaints objecting to discharge or dischargeability of debts is

6  extended to August 15, 2007.

7      5.  This Stipulation may be executed by facsimile or in

8  counterparts, and shall be fully effective if executed in such

9  manner.

10  **IT IS SO STIPULATED**

11

12  Dated: ___6/12___ 2007

13                                          ALLAN D. SARVER
                                            Attorney for Creditor
                                            Walter Prince

14

15  Dated: ___6/11___ 2007

16                                          MARK SHARF
                                            Attorney for Debtor
17                                          William Patrick

18

19                           **ORDER**

19      The foregoing stipulation having been reviewed and good

20  cause appearing therefore, same is hereby approved and **IT IS**

21  **HEREBY ORDERED THAT:**

22      1.  The 2004 Examination is continued approximately thirty

23  days hence, subject to agreement between the parties, but not

24  later than July 17, 2007 and will take place in the Law Offices

25  of Allan D. Sarver, located at 16633 Ventura Boulevard, Suite

26

27  Stipulation Re. 1. Continuing 2004
    Examination of Debtor; 2. Extending
28  Time to File Complaint                    3

**EXHIBIT** _A_

1  800, Encino, California, before a court reporter;

2       2.  All documents ordered produced pursuant to the Order Re.

3  2004 Examination previously served upon Debtor, as modified by

4  this Court's ruling on June 6, 2007, will be produced not less

5  than seven (7) days prior to the continued 2004 examination.

6       3. The time for filing a complaint objecting to discharge of

7  the debtor is hereby extended from June 30, 2007 to August 15,

8  2007.

9

10  Dated: _____, 2007          _____

11                                        GERALDINE MUND

12                                        UNITED STATES BANKRUPTCY

13                                        JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re. 1. Continuing 2004
Examination of Debtor; 2. Extending        4
Time to File Complaint

**EXHIBIT** A

12

1
2

In Re: William S. Patrick
    Chapter 13 Case No. 1:07-bk-10312GM
        <u>PROOF OF SERVICE</u>

3

I, M.SWANSTON declare:

4
5

I am a citizen of the United States over the age of eighteen years and
not a party to the within action. My business address is 16633 Ventura
Boulevard, Suite 800, Encino, California 91436

6
7
8

On June 12, 2007,I  served the following document described as follows:
**STIPULATION RE: 1. CONTINUING 2004 EXAMINATION OF DEBTOR; 2.
EXTENDING TIME TO FILE COMPLAINT TO DISCHARGE OR DISCHARGEABILITY
OF DEBTORS AND ORDER THEREON**
on interested parties in this action by placing true copies thereof
enclosed in sealed envelopes addressed as follows:

9

SEE ATTACHED SERVICE LIST

10
11

[] (By Mail) I caused such envelope with postage thereon
fully paid to be placed in the United States mail at Encino,
California.

12
13
14
15

[]readily familiar with the business' practice for the
collection and processing of correspondence for mailing with the United
States Postal Service and the fact that the correspondence would be
deposited with the United States Postal Service that same day and in the
ordinary course of business; On this  date, the  above referenced
correspondence was placed for
deposit at _____ , California and placed for collection   and
mailing following ordinary business practices.

16

[] By personal service, I caused such envelope to be served by hand to
the addressee(s) noted on the above service list.

17
18
19

[X]  By facsimile machine, I caused the above-referenced
document(s) to be transmitted to the party(ies) as indicated   on  the
attached service list. I caused the copy to be  transmitted from the
facsimile machine number of the Law Offices of  Allan D. Sarver (818)
981-0026.  The transmission was confirmed  as complete and without
error.

20

[] State) I declare under the laws of the State of
California that the foregoing is true and correct.

21
22
23
24
25

[x]Federal) I declare (or certify, verify, state) that the
foregoing is true and correct, and that I am employed in the offices of
a member of the bar of the State of California, who has filed an
Application for Limited admission and Order before this Court. Service
of  process in the manner specified above was done at the direction of a
member of the California bar at whose   direction the service was made.
Executed this 12TH day of June, 2007,at Encino, California
91436.

26

_____
     M. SWANSTON, DECLARANT

27
28

# EXHIBIT <u>A</u>



In Re: William S. Patrick
     Chapter 7 Case No. 1:07-bk-10312GM

SERVICE LIST

**DEBTOR**
WILLIAM S. PATRICK
10543 Lubao Avenue
Chatsworth, CA 91311

**DEBTOR'S COUNSEL**
Mark M. Sharf Esq.
Sharf Law Firm
15821 Ventura Blvd Suite 275
Encino, CA 91436

**CHAPTER 7 TRUSTEE**
David Seror Trustee
2029 Century Park East 21st Floor
Los Angeles, CA 90067

**COUNSEL FOR CHAPTER 7 TRUSTEE**
Steven T. Gubrner Esq.
Law Offices of Ezra/Brutzkus/Gubner LLP
16830 Ventura Blvd Suite 310
Encino, CA 91436

**OFFICE OF U.S. TRUSTEE**
U.S. Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA 91367

EXHIBIT   _A_

14

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| | |
|---|---|
| In re WILLIAM S. PATRICK | CHAPTER 7 |
| Debtor. | CASE NUMBER 1:07-B-10312GM |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.     You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify):* STIPULATION RE.: 1. CONTINUING 2004 EAMINATION OF DEBTOR; 2. EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY OF DEBTS AND ORDER THEREON

was entered on *(specify date):*

2.     I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date):*

Dated:

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
                *Deputy Clerk*

**EXHIBIT** *A*

In Re: William S. Patrick
      Chapter 7 Case No. 1:07-bk-10312GM

SERVICE LIST

**DEBTOR**
WILLIAM S. PATRICK
10543 Lubao Avenue
Chatsworth, CA 91311

**DEBTOR'S COUNSEL**
Mark M. Sharf Esq.
Sharf Law Firm
15821 Ventura Blvd Suite 275
Encino, CA 91436

**CHAPTER 7 TRUSTEE**
David Seror Trustee
2029 Century Park East 21st Floor
Los Angeles, CA 90067

**COUNSEL FOR CHAPTER 7 TRUSTEE**
Steven T. Gubrner Esq.
Law Offices of Ezra/Brutzkus/Gubner LLP
16830 Ventura Blvd Suite 310
Encino, CA 91436

**OFFICE OF U.S. TRUSTEE**
U.S. Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA 91367

**COUNSEL FOR CREDITOR**
**WALTER PRINCE**
Allan D. Sarver Esq.
Law Offices of Allan D. Sarver
16633 Ventura Blvd Suite 800
Encino, CA 91436

EXHIBIT __A__

16

EXHIBIT _B_

## SALARIES PAID TO WILLIAM S. PATRICK AND IRA CONTRIBUTION CAPS

IRAs were first authorized by the 1974 ERISA. Starting in 1975, individuals could set up separate accounts at financial institutions and deduct the value of their contributions from their current taxable income. The maximum allowable deductions were:

| YEAR | William Patrick Earned Income | Maximum Allowable IRA Contribution |
|------|------|------|
| 1975 | 0 | 0 |
| 1976 | 13,260 | 0 (Patrick started IRA in 1977) |
| 1977 | 13,260 | 1,500 |
| 1978 | 13,770 | 1,500 |
| 1979 | 13,260 | 1,500 |
| 1980 | 13,260 | 1,500 |
| 1981 | 13,260 | 1,500 |
| 1982 | 17,860 | 2,000 |
| 1983 | 18,044 | 2,000 |
| 1984 | 19,432 | 2,000 |
| 1985 | 22,100 | 2,000 |
| 1986 | 22,100 | 2,000 |
| 1987 | 19,550 | 2,000 |
| 1988 | 11,900 | 2,000 |
| 1989 | 880 | 880 |
| 1990 | 11,440 | 2,000 |
| 1991 | 10,464 | 2,000 |
| 1992 | 12,096 | 2,000 |
| 1993 | 9,600 | 2,000 |
| 1994 | 32,150 | 2,000 |
| 1995 | 31,200 | 2,000 |
| 1996 | 25,600 | 2,000 |
| 1997 | 25,600 | 2,000 |
| 1998 | 0 | 0 |
| 1999 | 0 | 0 |
| 2000 | 0 | 0 |
| 2001 | 0 | 0 |
| 2002 | 0 | 0 |
| 2003 | 0 | 0 |
| 2004 | 0 | 0 |
| 2005 | 0 | 0 |
| 2006 | 0 | 0 |
| TOTAL | 370,086 | 38,380 |

NOTE re MAXIMUM ALLOWABLE CONTRIBUTIONS TO IRAs:
1. 1977 thru 1981 = Up to $1,500 of earnings
2. 1982 thru 1986 = Up to $2,000 of earnings
3. 1987 thru 2001 = Up to $2,000 of earnings (must have AGI of $25,000 to $35,000 ($40,000-$50,000 if filing jointly)

Roth IRAs began in 1998. Same limits as Standard IRA.

# EXHIBIT _B_

## Wage and Tax Statement 1976

EXECUTIVE SUITE SERVICES INC
15141 ENCANTO DRIVE
SHERMAN OAKS CALIF
5456

Type or print EMPLOYER'S name, address, ZIP code and Federal identifying number NAME.

Copy D.
For employer

EXECUTIVE SUITE SERVICES, INC.

| Employee's social security number | 1 Federal income tax withheld | 2 Wages, tips and other compensation | 3 FICA employee tax withheld | 4 Total FICA wages |
|---|---|---|---|---|
| | 1458.72 | 13260.00 | 775.71 | 13260.00 |

Type or print Employee's name, address, and ZIP code below.

PATRICK, WILLIAM S.
19747 CLARELARO STREET
GRANADA HILLS    CA  91344

| 5 State or local tax withheld | 6 State or local wages | 10 State or locality |
|---|---|---|
| 178.51 | 13260.00 | CA-SUIT 90.00 |

Form W—2

Department of the Treasury—Internal Revenue Service

---

For Official Use Only

## Wage and Tax Statement 1977

EXECUTIVE SUITE SERVICES INC
19025 PARTHENIA ST
NORTHRIDGE, CA    91324
5458
EXECUTIVE SUITE SERVICES, INC.

Type or print EMPLOYER'S name, address, ZIP code and Federal (State) identifying number.

Copy D
For employer

| Employee's social security number | 1 Federal income tax withheld | 2 Wages, tips, and other compensation | 3 FICA employee tax withheld | 4 Total FICA wages |
|---|---|---|---|---|
| 21 | 1755.90 | 13260.00 | 775.71 | 13260.00 |

Type or print Employee's name, address, and ZIP code below. (Name must aline with arrow)

NAME ►

PATRICK, WILLIAM S.
26628 SAND CANYON ROAD
CANYON COUNTRY    CA  91351

Was employee covered by a qualified pension plan, etc.? NO

| 6 State or local tax withheld | 9 State or local wages | 10 State or locality |
|---|---|---|
| 255.66 | | CA-SDI |
| 11 State or local tax withheld | 12 State or local wages | 114.00 |

Form W—2    See instructions on Form W-3 and back of Copy D

Department of the Treasury—Internal Revenue Service

1978 MISSING

## EXHIBIT C

18

**W-2 Wage and Tax Statement 1979** — Copy D For Employer

| | |
|---|---|
| 3 Employer's name, address, and ZIP code | 4 Subtotal  Correction  Void |
| EXECUTIVE SUITE SERVICES, INC. | 5 Employer's identification number |
| 19025 PARTHENIA ST | |
| NORTHRIDGE, CA    91324 | 6 Advance EIC Payment |
| 5458 | |

| 9 Employee's social security number | 9 Federal income tax withheld | 10 Wages, tips, other compensation | 11 FICA tax withheld | 12 Total FICA wages |
|---|---|---|---|---|
| | 1699.56 | 13260.00 | 812.84 | 13260.00 |

| 13 Employee's name (first, middle, last) | | | |
|---|---|---|---|
| WILLIAM S. PATRICK | | | |

| 17 Employee's address and ZIP code | 18 State income tax withheld | 19 State wages, tips, etc | 20 Name of State |
|---|---|---|---|
| 26628 SAND CANYON ROAD | 269.62 | 13260.00 | CA |
| CANYON COUNTRY    CA 91351 | 21 State or Local income tax | 22 State or Local wages, tips, etc | 23 Name of State of locality |
| | CASDI 114.00 | | |

Wage and Tax Statement 1979

---

**Form W-2 Wage and Tax Statement 1980** — Copy D For Employer

| 1 Control Number | | Department of the Treasury Internal Revenue Service |
|---|---|---|

| 2 Employer's name, address and ZIP code | 3 Employer's identification number | 4 Employer's State number |
|---|---|---|
| EXECUTIVE SUITE SERVICES, INC. | 085458 | 7 Advance EIC payment |
| 19025 PARTHENIA ST | | |
| NORTHRIDGE, CA    91324 | | |

| 9 Federal income tax withheld | 10 Wages, tips, other compensation | 11 FICA tax withheld |
|---|---|---|
| 1699.56 | 13260.00 | 812.84 |

| 12 Employee's social security number | 13 FICA wages | 14 FICA tips |
|---|---|---|
| | 13260.00 | |

| 12 Employee's name, address, and ZIP code | 16 Other compensation gross | |
|---|---|---|
| WILLIAM S. PATRICK | | |
| 26628 SAND CANYON ROAD | 17 State income tax  250.64 | 18 State wages, tips, etc  13260.00 |
| CANYON COUNTRY    CA 91351 | 19 Name of State  CA | |
| | 20 Local income tax  CASDI 114.00 | 21 Local wages, tips etc | 22 Name of locality |

---

**Form W-2 Wage and Tax Statement 1981** — Copy D For Employer

| 1 Control Number | | Department of the Treasury Internal Revenue Service |
|---|---|---|

| 2 Employer's name, address and ZIP code | 3 Employer's identification number | 4 Employer's State number |
|---|---|---|
| EXECUTIVE SUITE SERVICES, INC. | 005458 | 7 Advance EIC payment |
| 19025 PARTHENIA ST | | |
| NORTHRIDGE, CA    91324 | | |

| 8 Employee's social security number | 9 Federal income tax withheld | 10 Wages, tips, other compensation | 11 FICA tax withheld |
|---|---|---|---|
| | 1745.41 | 13260.00 | 888.79 |

| | 13 FICA wages | 14 FICA tips |
|---|---|---|
| | 13260.00 | |

| 12 Employee's name, address, and ZIP code | 16 Other compensation gross | |
|---|---|---|
| WILLIAM S. PATRICK | | |
| 26628 SAND CANYON ROAD | 17 State income tax  214.24 | 18 State wages, tips, etc  13260.00 |
| CANYON COUNTRY    CA 91351 | 19 Name of State  CA | |
| | 20 Local income tax  CASDI 79.56 | 21 Local wages, tips etc | 22 Name of locality |

19

EXHIBIT ___C___

**1 Control Number** | OMB. NO.1545-0008

**2 Employer's name, address, and ZIP code**

EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA 91324
005458

**3 Employer's identification number**

**4 Employer's State number**

**8 Employee's social security number**

**9 Federal income tax withheld** 5645.37

**10 Wages, tips, other compensation** 17860.00

**11 Soc. sec. tax withheld** 1194.62

**12 Employee's name (first, middle, last)**
WILLIAM S. PATRICK

**13 Soc. sec. wages** 17860.00

**14 Soc. sec. tips**

26628 SAND CANYON ROAD

CANYON COUNTRY CA 91351

**16 Other comp. gross**

**17 State income tax** 359.40

**18 State wages, tips, etc.** 17860.00

**19 Name of State** CA

**20 Local income tax** CASDI 136.00

**21 Local wages, tips, etc.**

**22 Name of locality**

Wage and Tax Statement 1982 — Copy 1 For State, City, or Local Tax Department
Employee's and employer's copy compared

---

**1 Control Number**

**2 Employer's name, address, and ZIP code**

EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA 91324
005458

**3 Employer's identification number**

**4 Employer's State number**

**6 Allocated Tips**

**7 Advance EIC payment**

**8 Employee's social security number**

**9 Federal income tax withheld** 5452.72

**10 Wages, tips, other compensation** 18044.00

**11 Social Security tax withheld** 1208.95

**12 Employee's name (first, middle, last)**
WILLIAM S. PATRICK

**13 Social Security wages** 18044.00

**14 Social Security tips**

26628 SAND CANYON ROAD

CANYON COUNTRY CA 91351

**16 Other comp. gross**

**17 State income tax** 333.32

**18 State wages, tips, etc.** 18044.00

**19 Name of State** CA

**20 Local income tax** CASDI136.00

**21 Local wages, tips, etc.**

**22 Name of locality**

**15 Employee's address and ZIP code**

Wage and Tax Statement 1983 — Copy 1 For State, City, or Local Tax Department
Employee's and employer's copy compared

---

*1984 MISSING*

---

# EXHIBIT C

20

**W-2 Form 1 — Wage and Tax Statement 1985**

EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA     91324
005458

8 Employee's social security number

9 Federal income tax withheld  6149.60
10 Wages, tips, other compensation  22100.00
11 Social Security tax withheld  1598.05

12 Employee's name (first, middle, last)
WILLIAM S. PATRICK

13 Social Security wages  22100.00

26628 SAND CANYON ROAD

CANYON COUNTRY     CA 91351

17 State income tax  705.13
18 State wages, tips, etc.  22100.00
19 Name of State  CA
20 Local income tax  CASD1131.40

16 Employee's address and Zip code

Wage and Tax Statement 1985

Copy 1 For State, City, or Local Tax Department
Employee's and employer's copy compared

---

**Form W-2 Wage and tax Statement 1986    COPY D For Employer**
Department of the Treasury Internal Revenue Service
OMB NO. 1545-0008

1 Control Number

2 Employer's name, address, and ZIP code
EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA     91324
005458

9 Federal income tax withheld  3679.37
10 Wages, tips, other compensation  22100.00
11 Social Security tax withheld  1580.15

12 Employee's name, address, and ZIP code
WILLIAM S. PATRICK

13 Social Security wages  22100.00

26628 SAND CANYON ROAD

CANYON COUNTRY     CA 91351

17 State income tax  812.76
18 State wages, tips, etc.  22100.00
19 Name of State  CA
20 Local income tax  CASD1197.10

---

**Form 1987**

EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA     91324
005458

9 Federal income tax withheld  2378.24
10 Wages, tips, other compensation  19550.00
11 Social Security tax withheld  1397.83

WILLIAM S. PATRICK

13 Social Security wages  19550.00

26628 SAND CANYON ROAD
CANYON COUNTRY     CA 91351

17 State income tax  689.12
18 State wages, tips, etc.  19550.00
19 Name of State  CA
20 Local income tax  CADI 234.60

# EXHIBIT   C



**1988**

EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA    91324
005458

WILLIAM S. PATRICK

15660 IRON CANYON RD
CANYON COUNTRY    CA 91351

Federal income tax withheld: 1385.16
Wages, tips, other compensation: 11900.00
Social security tax withheld: 893.69
Social security wages: 11900.00
State income tax: 351.12    State wages, tips, etc.: 11900.00    Name of state: CA
Local income tax: CADI 142.80

---

**1989**

EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA    91324
005458

WILLIAM S. PATRICK

15660 IRON CANYON RD
CANYON COUNTRY    CA 91351

Federal income tax withheld: 95.08
Wages, tips, other compensation: 880.00
Social security tax withheld: 66.09
Social security wages: 880.00
State income tax: 8.70    State wages, tips, etc.: 880.00    Name of state: CA
Local income tax: CADI 7.92

---

**1990**    FORM W2 COPY D

FEDERAL & STATE    1 OF 1

EXECUTIVE SUITE SERVICES, INC.
19025 PARTHENIA ST
NORTHRIDGE, CA    91324

WILLIAM S. PATRICK
15660 IRON CANYON RD
CANYON COUNTRY    CA 91351

Federal income tax withheld: 1205.88
Wages, tips, other compensation: 11440.00
Social security tax withheld: 875.16
Social security wages: 11440.00
State income tax: 107.12    State wages, tips, etc.: 11440.00    Name of State: CA
Local income tax: CADI 102.96

# EXHIBIT    C

22



**EXHIBIT** C

23





EXHIBIT ___C___

24

| Control number | Company # | EKU | OMB No. 1545-0008 | | | FOR EMPLOYER'S RECORD REPORTING INFORMATION: |
|---|---|---|---|---|---|---|

**Employer's name, address, and ZIP code**
RED CARPET BUILDING
MAINTENANCE CORP
17230 OSBORNE ST
NORTHRIDGE, CA          91325

| 1 Wages, tips, other compensation 15350.00 | 2 Federal income tax withheld 1932.94 |
| 3 Social security wages 15350.00 | 4 Social security tax withheld 951.70 |
| 5 Medicare wages and tips 15350.00 | 6 Medicare tax withheld 222.68 |
| 7 Social security tips | 8 Allocated tips |

Employer's identification number

| 9 Advance EIC payment | 10 Dependent care benefits |

Employee's social security number

| 11 Nonqualified plans | 12 Benefits included in Box 1 |

Employee's name, address, and ZIP code

| 13 See instr. for Box 13 | 14 Other |

WILLIAM S. PATRICK
15660 IRON CANYON RD.
CANYON COUNTRY    CA 91351

| 15 Statutory emp. | Deceased | Pension plan | Legal rep. | 942 emp. | Subtotal | Deferred comp. |

FEDERAL
STATE

1 OF 1

FORM W2 1994
COPY D

| 16 State and Employer's state ID number CA | 17 State wages, tips, etc 15350.00 | 18 State income tax 340.58 | 19 Locality Name CASDI | 20 Local wages, tips, etc | 21 Local income tax 199.55 |

---

| Control number | Company # | EKU | OMB No. 1545-0008 | | | FOR EMPLOYER'S RECORD REPORTING INFORMATION: |
|---|---|---|---|---|---|---|

**Employer's name, address, and ZIP code**
RED CARPET BUILDING
MAINTENANCE CORP
17230 OSBORNE ST
NORTHRIDGE, CA          91325

| 1 Wages, tips, other compensation 16800.00 | 2 Federal income tax withheld 2146.31 |
| 3 Social security wages 16800.00 | 4 Social security tax withheld 1061.60 |
| 5 Medicare wages and tips 16800.00 | 6 Medicare tax withheld 243.60 |
| 7 Social security tips | 8 Allocated tips |

Employer's identification number

| 9 Advance EIC payment | 10 Dependent care benefits |

Employee's social security number

| 11 Nonqualified plans | 12 Benefits included in Box 1 |

Employee's name, address, and ZIP code

| 13 See instr. for Box 13 | 14 Other |

WILLIAM S. PATRICK
15660 IRON CANYON RD.
CANYON COUNTRY    CA 91351

| 15 Statutory emp. | Deceased | Pension plan | Legal rep. | 942 emp. | Subtotal | Deferred comp. |

FEDER
STATE

1 OF

FORM W2 1994
COPY D

| 16 State and Employer's state ID number CA | 17 State wages, tips, etc 16800.00 | 18 State income tax 384.28 | 19 Locality Name CASDI | 20 Local wages, tips, etc | 21 Local income tax 218.40 |

# EXHIBIT _C_

25





EXHIBIT C

26

| Control number | Company # | ERU | OMB No. 1545-0008 | | | FOR EMPLOYER'S RECORD REPORTING INFORMATION. |
|---|---|---|---|---|---|---|

| Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 12800.00 | 2 Federal income tax withheld 1549.30 | |
|---|---|---|---|
| RED CARPET BUILDING MAINTENANCE CORP 17230 OSBORNE ST NORTHRIDGE, CA 91325 | 3 Social security wages 12800.00 | 4 Social security tax withheld 793.60 | FEDERA |
| | 5 Medicare wages and tips 12800.00 | 6 Medicare tax withheld 185.60 | STATE |
| Employer's identification number | 7 Social security tips | 8 Allocated tips | |
| Employee's social security number | 8 Advance EIC payment | 10 Dependent care benefits | 1 OF |
| Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in Box 1 | |
| WILLIAM S. PATRICK 15660 IRON CANYON RD. CANYON COUNTRY    CA 91351 | 13 See instr. for Box 13 | 14 Other | |
| | 13 Statutory emp. / Deceased / Pension plan / Legal rep. / Highld. emp. / Subtotal / Deferred comp. | | |

| 16 State and Employer's state ID number CA | 17 State wages, tips, etc 12800.00 | 18 State income tax 264.98 | 19 Locality Name CASDI | 20 Local wages, tips, etc | 21 Local income tax 102.40 |
|---|---|---|---|---|---|

FORM W2 1996 COPY D

---

| Control number | Company # | ERU | OMB No. 1545-0008 | | | FOR EMPLOYER'S RECORD REPORTING INFORMATION: |
|---|---|---|---|---|---|---|

| Employer's name, address, and ZIP code | 1 Wages, tips, other compensation 12800.00 | 2 Federal income tax withheld 1549.30 | |
|---|---|---|---|
| RED CARPET BUILDING MAINTENANCE CORP 17230 OSBORNE ST NORTHRIDGE, CA 91325 | 3 Social security wages 12800.00 | 4 Social security tax withheld 793.60 | FEDERAL |
| | 5 Medicare wages and tips 12800.00 | 6 Medicare tax withheld 185.60 | STATE |
| Employer's identification number | 7 Social security tips | 8 Allocated tips | |
| Employee's social security number | 8 Advance EIC payment | 10 Dependent care benefits | 1 OF |
| Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in Box 1 | |
| WILLIAM S. PATRICK 15660 IRON CANYON RD. CANYON COUNTRY    CA 91351 | 13 See instr. for Box 13 | 14 Other | |
| | 13 Statutory emp. / Deceased / Pension plan / Legal rep. / Highld emp. / Subtotal / Deferred comp. | | |

| 16 State and Employer's state ID number CA | 17 State wages, tips, etc 12800.00 | 18 State income tax 264.98 | 19 Locality Name CASDI | 20 Local wages, tips, etc. | 21 Local income tax 102.40 |
|---|---|---|---|---|---|

FORM W2 1996 COPY D

EXHIBIT    C

27

In Re: William S. Patrick
    Chapter 13 Case No. 1:07-bk-10312GM
                    PROOF OF SERVICE

I, M.SWANSTON declare:

I am a citizen of the United States over the age of eighteen years and not a party to the within action.  My business address is 16633 Ventura Boulevard, Suite 800, Encino, California 91436

On June 18, 2007,I  served the following document described as follows: **NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIM OF EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS IN SUPPORT** on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:
SEE ATTACHED SERVICE LIST

[X] (By Mail) I caused such envelope with postage thereon fully paid to be placed in the United States mail at Encino, California.

[ ]readily familiar with the business' practice for the collection and processing of correspondence for mailing with the  United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day and in the ordinary course of business; On this  date, the  above referenced correspondence was placed for
deposit at _____ , California and placed for collection   and mailing following ordinary business  practices.
[ ] By personal service, I caused such envelope to be served by hand to the addressee(s) noted on the above service list.
[ ]  By facsimile machine, I caused the above-referenced document(s) to be transmitted to the party(ies) as indicated   on  the attached service list. I caused the copy to be  transmitted from the facsimile machine number of the Law Offices of  Allan D. Sarver (818) 981-0026.  The transmission was confirmed  as complete and without error.
[ ] State) I declare under the laws of the State of California that the foregoing is true and correct.

[x]Federal) I declare (or certify, verify, state) that the foregoing is true and correct, and that I am employed in the offices of a member of the bar of the State of California, who has filed an Application for Limited admission and Order before this Court. Service of  process in the manner specified above was done at the direction of a member of the California bar at whose   direction the service was made.
Executed this 18ᵀᴴ day of June, 2007,at Encino, California 91436.

                        M. SWANSTON, DECLARANT

In Re: William S. Patrick
        Chapter 7 Case No. 1:07-bk-10312GM

                        SERVICE LIST

**DEBTOR**
WILLIAM S. PATRICK
10543 Lubao Avenue
Chatsworth, CA 91311

**DEBTOR'S COUNSEL**
Mark M. Sharf Esq.
Sharf Law Firm
15821 Ventura Blvd Suite 275
Encino, CA 91436

**CHAPTER 7 TRUSTEE**
David Seror Trustee
2029 Century Park East 21st Floor
Los Angeles, CA 90067

**COUNSEL FOR CHAPTER 7 TRUSTEE**
Steven T. Gubrner Esq.
Law Offices of Ezra/Brutzkus/Gubner LLP
16830 Ventura Blvd Suite 310
Encino, CA 91436

**OFFICE OF U.S. TRUSTEE**
U.S. Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA 91367