ALLAN D. SARVER SBN 106282
Attorney at Law
16633 Ventura Boulevard
Suite 800
Encino, California 91436

Telephone No.: (818) 981-0581
Facsimile No.: (818) 981-0026

Attorney for Creditor
Walter Prince

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>WILLIAM S. PATRICK<br><br>            Debtor | CHAPTER 7<br><br>CASE NO. 1:07-bk-10312GM<br><br>NOTICE OF CHANGE OF TIME RE. MOTION OBJECTING TO DEBTOR'S CLAIM OF EXEMPTION<br><br>DATE: August 1, 2007<br>TIME: 10:00 a.m.<br>CTRM: 303 |

TO: DEBTOR AND TO ALL OTHER INTERESTED PARTIES:

**NOTICE IS HEREBY GIVEN**, that the time of the hearing on Creditor Walter Prince's Motion Objecting to Debtor's Claim of Exemption has been changed from 1:30 p.m. to 10:00 a.m., on August 1, 2007, in Courtroom "303" of the above entitled court.

Dated: June 18, 2007

                                         ALLAN D. SARVER
                                         Attorney for Walter Prince
                                         Creditor

Notice of Change of Time Re. Creditor
Walter Prince's Motion Objection to
Claim of Exemption                      1

1  In Re: William S. Patrick
   Chapter 13 Case No. 1:07-bk-10312GM
2  
                    PROOF OF SERVICE

3  I, M.SWANSTON declare:

4  I am a citizen of the United States over the age of eighteen years and
   not a party to the within action. My business address is 16633 Ventura
5  Boulevard, Suite 800, Encino, California 91436

6  On July 18, 2007, I served the following document described as follows:
   **NOTICE OF CHANGE OF TIME RE. MOTION OBJECTING TO DEBTOR'S CLAIM
7  OF EXEMPTION**

8  on interested parties in this action by placing true copies thereof
   enclosed in sealed envelopes addressed as follows:
9  SEE ATTACHED SERVICE LIST

10 [X] (By Mail) I caused such envelope with postage thereon
   fully paid to be placed in the United States mail at Encino,
11 California.

12 [] readily familiar with the business' practice for the
   collection and processing of correspondence for mailing with the United
13 States Postal Service and the fact that the correspondence would be
   deposited with the United States Postal Service that same day and in the
14 ordinary course of business; On this date, the above referenced
   correspondence was placed for
15 deposit at _____ , California and placed for collection and
   mailing following ordinary business practices.
16 [] By personal service, I caused such envelope to be served by hand to
   the addressee(s) noted on the above service list.
17 []  By facsimile machine, I caused the above-referenced
   document(s) to be transmitted to the party(ies) as indicated on the
18 attached service list. I caused the copy to be transmitted from the
   facsimile machine number of the Law Offices of Allan D. Sarver (818)
19 981-0026. The transmission was confirmed as complete and without
   error.
20 [] State) I declare under the laws of the State of
   California that the foregoing is true and correct.
21 
   [x] Federal) I declare (or certify, verify, state) that the
22 foregoing is true and correct, and that I am employed in the offices of
   a member of the bar of the State of California, who has filed an
23 Application for Limited admission and Order before this Court. Service
   of process in the manner specified above was done at the direction of a
24 member of the California bar at whose direction the service was made.
   Executed this 18TH day of July, 2007, at Encino, California
25 91436.

26 _____
              M. SWANSTON, DECLARANT
27

28

In Re: William S. Patrick
Chapter 7 Case No. 1:07-bk-10312GM

SERVICE LIST

**DEBTOR**
WILLIAM S. PATRICK
10543 Lubao Avenue
Chatsworth, CA 91311

**DEBTOR'S COUNSEL**
Mark M. Sharf Esq.
Sharf Law Firm
15821 Ventura Blvd Suite 275
Encino, CA 91436

**CHAPTER 7 TRUSTEE**
David Seror Trustee
2029 Century Park East 21st Floor
Los Angeles, CA 90067

**COUNSEL FOR CHAPTER 7 TRUSTEE**
Steven T. Gubrner Esq.
Law Offices of Ezra/Brutzkus/Gubner LLP
16830 Ventura Blvd Suite 310
Encino, CA 91436

**OFFICE OF U.S. TRUSTEE**
U.S. Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA 91367