UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA



FILED
OCT 11 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

In re
William Stark Patrick

Debtor (s)

Case No: SV07-10312-GM

ORDER TO PAY UNCLAIMED FUNDS
(28 U.S.C. Section 2042; LBR 3011-1)

ENTERED
OCT 12 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

It appears that a check made payable to Walter N. Prince totaling $20,000, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on September 15, 2016 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Walter N. Prince now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $20,000 to Walter N. Prince, 19025 Parthenia St Ste 200, Northridge, CA 91324.

_____                    _10/11/16_____
Honorable Geraldine Mund                                     Date